# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5279** **September Term, 2025**

**1:18-cv-01388-TSC**

**Filed On: June 5, 2026** **[2177162]**

Afghan and Iraqi Allies, Under Serious Threat Because of Their Faithful Service to the United States, on Their Own and on Behalf of Others Similarly Situated,

Appellee

v.

Marco Rubio, et al.,

Appellants

------------------------------

Consolidated with 25-5480

## O R D E R

Upon consideration of appellees' unopposed motion to supplement the appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk