

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

August 11, 2026

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

  Re: *Afghan & Iraqi Allies v. Blinken*, No. 25-5279, 25-5480 (D.C. Cir.)

Dear Mr. Cislak:

  I represent Defendants-Appellants in the above-captioned matter. Pursuant to the Court's Handbook of Practice and Internal Procedures Section X.D., I write to inform the Court that due to pre-planned work-related travel and personal travel, arguing counsel will be unavailable for oral argument from October 12 through 16, 2026, from November 11 through November 19, 2026, and November 24 through November 27, 2026.

       Sincerely,

       /s/ Ruth Ann Mueller
       Ruth Ann Mueller
       Senior Litigation Counsel
       Office of Immigration Litigation
       U.S. Department of Justice
       PO Box 878
       Washington, DC 20003

cc: all counsel of record (via CM/ECF)